IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 1:13-cv-02220-AP

TRINNIE M. SINGLETARY,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Joseph A. Whitcomb
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
Telephone:  (303) 534-1958
Facsimile: (303) 534-1949
Email:  joe@RMDLG.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
Email:  J.B.Garcia@usdoj.gov

James L. Burgess
Special Assistant United States Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
Phone:  (303) 844-1856
Facsimile:  (303) 844-0770
Email:  james.burgess@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   **A.     Date Complaint Was Filed:     August 19, 2013**

   **B.     Date Complaint Was Served on U.S. Attorney's Office:  December 12, 2013**

   **C.     Date Answer and Administrative Record Were Filed:  February 3, 2014**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

The parties agreed to the following schedule:

   **A.     Plaintiff's Opening Brief Due:          April 28, 2014**

   **B.     Defendant's Response Brief Due:       May 28, 2014**

   **C.     Plaintiff's Reply Brief (If Any) Due:    June 12, 2014**

---

1 The proposed briefing schedule departs from the ordinary briefing schedule by three weeks due to Plaintiff's counsel having several briefs due in the beginning of April.

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.    Plaintiff's Statement:**   Plaintiff does not request oral argument.

    **B.    Defendant's Statement:**   Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.    ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.    ( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 24th day of February, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

| | |
|---|---|
| s/ Joseph A. Whitcomb | By: s/James L. Burgess |
| Rocky Mountain Disability Law Group | Special Assistant U.S. Attorney |
| 1391 Speer Blvd., Suite 705 | 1961 Stout St., Suite 4169 |
| Denver, CO 80204 | Denver, CO 80294-4003 |
| Telephone: (303) 534-1958 | Telephone: (303) 844-1856 |
| Facsimile: (303) 534-1949 | Facsimile: 303-844-0770 |
| Email: joe@RMDLG.com | Email: james.burgess@ssa.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |