**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   13-cv-02220-WJM

TRINNIE M. SINGLETARY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming Administrative Law Judge's Decision, entered by the Honorable William J. Martínez, United States District Judge, on October 31, 2014,

    IT IS ORDERED that the Commissioner's denial of benefits is AFFIRMED.

    IT IS FURTHER ORDERED that Judgment is entered for Defendant and the case is closed.

    Dated at Denver, Colorado this 31st day of October, 2014.

    BY THE COURT:
    JEFFREY P. COLWELL, CLERK

    By:  s/Deborah Hansen
    Deborah Hansen, Deputy Clerk